UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-43846 |
| Mark Jackson | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## Order Allowing Settlement of Lawsuit

This Matter, coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, due notice having been given:
IT IS HEREBY ORDERED:

1. Settlement in Case No. 2016-CV-00443 in the amount of $15,000.00 is approved and Plaintiff's counsel, Brian Graber, is authorized to take all necessary steps to conclude the settlement with the CTA, including dismissal of Case No. 2016-CV-00443 with prejudice and having the Debtor execute the necessary settlement agreement and releases.

2. Debtor's attorney, Brian J. Graber, Ltd., is award his attorney's fees and costs totaling $2,556.04.

3. Defendant, CTA, shall issue a payroll check payable to Debtor, Mark Jackson, in the gross amount of $12,443.96 and shall withhold the necessary W-2 taxes.

4. Defendant, CTA, shall tender all settlement checks to Debtor's Attorney, Brian J. Graber, Ltd.

5. Debtor's attorney, Brian J. Graber, Ltd., shall tender the payroll check in the gross amount of $12,443.96 minus the applicable W-2 withholding taxes to Mark Jackson, who shall tender all non-exempt proceeds to Chapter 13 Trustee Marilyn O. Marshall, and send the funds to Marilyn O. Marshall, P.O. Box 2031, Memphis, TN 38101-2031. This payment shall be an additional plan payment.

6. If Mark Jackson fails to tender the non-exempt proceeds of the lawsuit to the Trustee within 7 days of his receipt, then this case shall be dismissed and Mark Jackson shall be barred from filing another case under Title 11 from 180 days from the date of upon presentment of a motion to dismiss on this basis by the Trustee.

Enter:

*[signature: Deborah Thorne]*

United States Bankruptcy Judge

Dated: 11/7/2016

**Prepared by:**
Office of the Chapter 13 Trustee Marilyn O. Marshall

Rev: 20151029_bko

224 S. Michigan, Suite 800
Chicago, IL 60604
312-431-1300

Rev: 20151029_bko