## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| MARK JACKSON, | ) | Case No. 13-43846 |
| | ) | |
| Debtor(s). | ) | Judge Thorne |

### NOTICE OF MOTION

*The following persons or entities who have been served via electronic mail*:
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall: courtdocs@chi13.com

*The following persons or entities who have been served via U.S. Mail*:
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in her stead at 219 South Dearborn Street, Chicago, IL 60604, and present the attached **Motion to Modify Chapter 13 Plan,** at which time and place you may appear.

        JUDGE:    Hunt
        ROOM:     613
        DATE:     April 11, 2018
        TIME:     9:30 AM

### PROOF OF SERVICE

The undersigned certifies that a copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, on or before March 2, 2018, at 5:00p.m., with sufficient postage prepaid, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

                        /s/ Dustin B. Allen_____
                        Dustin B. Allen, A.R.D.C. #6312451
                        Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

*To the following persons or entities who have been served via first-class U.S. Mail:*

Mark Jackson
7529 S. St. Louis Ave.
Chicago, IL 60652

NCEP, LLC
by AIS Data Services, LP as agent
PO Box 4138
Houston, TX 77210

First Investors Servicing Corporation
380 Interstate North Parkway Suite# 300
Atlanta, GA 30339

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

LVNV Funding, LLC its successors and assigns as
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Portfolio Recovery Associates, LLC
successor to CAPITAL ONE, NA
PO Box 41067
Norfolk, VA 23541

Capital One Auto Finance c/o AIS
Portfolio Services LP fka AIS Data
Serv d/b/a/ Ascension Capital Group
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| MARK JACKSON, | ) | Case No. 13-43846 |
| | ) | |
| Debtor(s). | ) | Judge Thorne |

### MOTION TO MODIFY CHAPTER 13 PLAN

NOW COME the Debtor, MARK JACKSON, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On November 11, 2013, the Debtor filed a voluntary petition pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on April 10, 2014.

3) The Debtor's Chapter 13 plan currently provides for payments of $1,075.00 for an initial plan term of 60 months, with payments to the General Unsecured Creditors of at least 20% of their allowed claims.

4) The Debtor has paid $52,188.91 over the course of 52 months, and is currently $3,186.09 in default. The general, unsecured creditors are expected to receive about 43% of their claims.

5) The Debtor's default occurred due to a temporary increase in household expenses.

6) The Debtor proposes to modify his Chapter 13 plan pursuant to 11 U.S.C. §1329 to defer the default and increase the monthly plan payments to $1,339.00 so his plan completes within 60 months and continues to pay his general, unsecured creditors 43% of their claims.

7) Debtor makes this proposal in good faith and with the intention of completing his plan.

WHEREFORE, the Debtor, MARK JACKSON, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Dustin B. Allen
Dustin B. Allen, A.R.D.C. #6312451
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100