UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 13-43846 |
|---|---|---|
| MARK JACKSON | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| Debtor(s) | ) | |

**ORDER ON DEBTOR'S MOTION TO MODIFY PLAN**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor's plan payment is increased to $1,339.00 per month.

2. The plan payment default is deferred to the end of the plan.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: April 11, 2018

**Prepared by:**

Dustin B. Allen
ARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100