Form PS5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:   13-43846
Mark Jackson )
 )
 )  Chapter:  13
 )
 )  Honorable Deborah L. Thorne
 )
Debtor(s) )

**Order for Status Hearing**

This matter coming to be heard on the Motion to Dismiss filed by Chapter 13 Trustee, Marilyn Marshall and on the Motion to Modify filed by the debtor, Mark Jackson, the court having reviewed the docket in this case, the prior orders modifying the Debtor's plan and the claim docket in this case, and has determined that additional information is required prior to ruling on either motion. Therefore this case is set for status on September 11, 2019 at 2:00 p.m. at which time the court will consider the two competing motions.

The court requests that each side file on the docket summaries of the following on or before September 11, 2019:

1. A list of all funds paid in the case to date, including the amounts paid and the dates on which each payment was made.

2. A list of all allowed claims and the amounts paid to date on each claim.

3. A summary of the commission paid to date and an estimate of the commission to be paid to the Chapter 13 Trustee if this case is concluded on or before September 30, 2019.

4. Any other information either party believes will assist the court in understanding the total amount to be paid and any deficiencies that exist.

Enter:

*/s/ Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 8-20-2019