**OFFICE OF THE
CHAPTER 13 TRUSTEE
MARILYN O. MARSHALL**

Office of the Chapter 13 Trustee
Marilyn O. Marshall, Standing Trustee
224 South Michigan Avenue, Suite 800
Chicago, IL 60604-2500
Voice: (312) 431-1300
Fax: (312) 431-1656
Website: www.chicago13.com

September 9, 2019

Mark Jackson
7529 S St Louis Ave
Chicago, IL 60652

Case    13 B 43846
Debtor(s)    Mark Jackson

Filed    November 11, 2013
Judge    Deborah L. Thorne
Status    Open - Confirmed

## Financial Detail: Receipt History

| Line | Date | Description | Check Number | Amount |
|---|---|---|---|---|
| 1 | 12/09/2013 | MONEY ORDER | 1643700421 | $900.00 |
| 2 | 01/08/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 366968 | $415.39 |
| 3 | 01/22/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 367779 | $415.39 |
| 4 | 02/04/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 368503 | $415.39 |
| 5 | 02/18/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 369143 | $415.39 |
| 6 | 03/10/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 369847 | $415.39 |
| 7 | 03/20/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 370552 | $415.39 |
| 8 | 04/02/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 371331 | $415.39 |
| 9 | 04/14/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 371962 | $415.39 |
| 10 | 04/29/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 372665 | $415.39 |
| 11 | 05/12/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 373386 | $415.39 |
| 12 | 05/28/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 374114 | $415.39 |
| 13 | 06/12/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 374767 | $415.39 |
| 14 | 06/25/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 375466 | $415.39 |
| 15 | 07/10/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 376125 | $415.39 |
| 16 | 07/21/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 376711 | $415.39 |
| 17 | 08/11/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 377362 | $415.39 |
| 18 | 08/19/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 377957 | $415.39 |
| 19 | 09/04/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 378503 | $415.39 |
| 20 | 09/19/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 379157 | $415.39 |
| 21 | 10/01/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 379802 | $415.39 |
| 22 | 10/20/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 380459 | $415.39 |
| 23 | 11/07/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 381063 | $415.39 |
| 24 | 11/17/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 381719 | $415.39 |
| 25 | 11/28/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 382471 | $415.39 |
| 26 | 12/10/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 383495 | $415.39 |
| 27 | 12/29/2014 | EMPLOYER PAYROLL DEDUCTION CHECK | 384603 | $415.39 |
| 28 | 01/12/2015 | EMPLOYER PAYROLL DEDUCTION CHECK | 385706 | $415.39 |
| 29 | 01/26/2015 | EMPLOYER PAYROLL DEDUCTION CHECK | 387099 | $415.39 |
| 30 | 02/03/2015 | EMPLOYER PAYROLL DEDUCTION CHECK | 388816 | $415.39 |
| 31 | 02/17/2015 | EMPLOYER PAYROLL DEDUCTION CHECK | 390350 | $415.39 |
| 32 | 03/09/2015 | EMPLOYER PAYROLL DEDUCTION CHECK | 390928 | $415.39 |
| 33 | 03/17/2015 | EMPLOYER PAYROLL DEDUCTION CHECK | 391581 | $415.39 |
| 34 | 04/15/2015 | EMPLOYER PAYROLL DEDUCTION CHECK | 393053 | $154.87 |
| 35 | 04/23/2015 | MONEY ORDER | 879610599 | $400.00 |

## Financial Detail: Receipt History

| Line | Date | Description | Check Number | Amount |
|---|---|---|---|---|
| 36 | 04/29/2015 | EMPLOYER PAYROLL DEDUCTION CHECK | 393637 | $415.39 |
| 37 | 06/15/2015 | CASHIER'S CHECK | 449022 | $4,737.26 |
| 38 | 07/15/2015 | CASHIER'S CHECK | 450994 | $415.39 |
| 39 | 08/10/2015 | CASHIER'S CHECK | 503019 | $415.39 |
| 40 | 09/15/2015 | CASHIER'S CHECK | 503213 | $415.39 |
| 41 | 10/08/2015 | CASHIER'S CHECK | 455324 | $415.39 |
| 42 | 11/09/2015 | CASHIER'S CHECK | 503485 | $2,640.00 |
| 43 | 11/19/2015 | CASHIER'S CHECK | 503534 | $830.00 |
| 44 | 12/28/2015 | CASHIER'S CHECK | 458563 | $830.00 |
| 45 | 01/29/2016 | CASHIER'S CHECK | 459916 | $830.00 |
| 46 | 02/26/2016 | CASHIER'S CHECK | 461502 | $830.00 |
| 47 | 04/04/2016 | CASHIER'S CHECK | 463289 | $830.00 |
| 48 | 05/02/2016 | CASHIER'S CHECK | 464770 | $830.00 |
| 49 | 06/06/2016 | CASHIER'S CHECK | 466456 | $830.00 |
| 50 | 07/15/2016 | CASHIER'S CHECK | 504705 | $3,863.00 |
| 51 | 08/11/2016 | CASHIER'S CHECK | 504898 | $1,000.00 |
| 52 | 09/15/2016 | CASHIER'S CHECK | 471525 | $900.00 |
| 53 | 10/11/2016 | CASHIER'S CHECK | 472817 | $1,000.00 |
| 54 | 11/21/2016 | CASHIER'S CHECK | 474410 | $1,000.00 |
| 55 | 01/25/2017 | CASHIER'S CHECK | 477385 | $5,414.35 |
| 56 | 02/21/2017 | CASHIER'S CHECK | 478910 | $1,000.00 |
| 57 | 04/05/2017 | CASHIER'S CHECK | 481022 | $1,000.00 |
| 58 | 05/01/2017 | CASHIER'S CHECK | 482662 | $1,000.00 |
| 59 | 06/12/2017 | CASHIER'S CHECK | 484654 | $1,000.00 |
| 60 | 07/24/2017 | CASHIER'S CHECK | 486632 | $1,000.00 |
| 61 | 09/18/2017 | CASHIER'S CHECK | 489269 | $1,000.00 |
| 62 | 12/12/2017 | CASHIER'S CHECK | 493021 | $1,000.00 |
| 63 | 03/05/2018 | CASHIER'S CHECK | 495755 | $2,000.00 |
| 64 | 03/30/2018 | CASHIER'S CHECK | 497337 | $1,000.00 |
| 65 | 05/22/2018 | CASHIER'S CHECK | 499830 | $1,340.00 |
| 66 | 06/11/2018 | CASHIER'S CHECK | 500783 | $1,340.00 |
| 67 | 07/02/2018 | CASHIER'S CHECK | 501528 | $1,340.00 |
| 68 | 08/23/2018 | CASHIER'S CHECK | 503946 | $1,340.00 |
| 69 | 10/01/2018 | CASHIER'S CHECK | 505448 | $1,340.00 |
| 70 | 11/13/2018 | CASHIER'S CHECK | 507393 | $1,339.00 |
| 71 | 02/15/2019 | CASHIER'S CHECK | 510625 | $4,000.00 |
| | | | **Total** | **$65,227.91** |