13-43846 Mark Jackson  - List of allowed claims and the amounts paid as of 9/6/2019

| Name | Clm# | Description | Claimed Amount | Principal Paid | Interest |
|---|---|---|---|---|---|
| NCEP LLC | 1 | Debt Secured By Vehicle | $27,923.77 | $27,923.77 | 5.00% $2,840.10 |
| First Investors Servicing Corp | 2 | Debt Secured By Vehicle | $13,925.00 | $13,925.00 | 6.25% $1,757.25 |
| Merrick Bank | 3 | Unsecured creditors | $1,222.58 | $562.37 | |
| Resurgent Capital Services | 4 | Unsecured creditors | $730.91 | $336.22 | |
| Portfolio Recovery Associates | 5 | Unsecured creditors | $838.72 | $385.81 | |
| Capital One Auto Finance | 6 | Unsecured creditors | $8,753.84 | $4,026.69 | |
| First Investors Servicing Corp | 2-unsec portion | Unsecured creditors | $14,618.55 | $6,724.37 | |
| David M. Siegel | 4/10/14 | Attorney fee | $4,000.00 | $4,000.00 | |
| Sub-total | | | $72,013.37 | $57,884.23 | $4,597.35 |
| Total paid to creditors | | | | | $62,481.58 |

Exhibit B