13-43846 Mark Jackson - List of Trustee administration fees

| Date | Payee Name | Description | Receipts | Disbursements |
|---|---|---|---|---|
| 2/15/2019 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $216.00 |
| 11/13/2018 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $72.31 |
| 10/1/2018 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $72.36 |
| 8/23/2018 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $60.30 |
| 7/2/2018 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $60.30 |
| 6/11/2018 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $60.30 |
| 5/22/2018 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $60.30 |
| 3/30/2018 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $45.00 |
| 3/5/2018 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $90.00 |
| 12/12/2017 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $45.00 |
| 9/18/2017 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $30.00 |
| 7/24/2017 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $30.00 |
| 6/12/2017 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $47.00 |
| 5/1/2017 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $47.00 |
| 4/5/2017 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $47.00 |
| 2/21/2017 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $47.00 |
| 1/25/2017 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $254.47 |
| 11/21/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $47.00 |
| 10/11/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $47.00 |
| 9/15/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $36.00 |
| 8/11/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $40.00 |
| 7/15/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $154.52 |

Exhibit C

13-43846 Mark Jackson - List of Trustee administration fees

| Date | Name | Description | | Amount |
|---|---|---|---|---|
| 6/6/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $33.20 |
| 5/2/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $33.20 |
| 4/4/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $33.20 |
| 2/26/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $33.20 |
| 1/29/2016 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $33.20 |
| 12/28/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $33.20 |
| 11/19/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $33.20 |
| 11/9/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $105.60 |
| 10/8/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $16.62 |
| 9/15/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $12.46 |
| 8/10/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $12.46 |
| 7/15/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $12.46 |
| 6/15/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $142.12 |
| 4/29/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $16.62 |
| 4/23/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $16.00 |
| 4/15/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $6.19 |
| 3/17/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $16.62 |
| 3/9/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $16.62 |
| 2/17/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $16.62 |
| 2/3/2015 | Marilyn O Marshall | TRUSTEE FEE - PLAN RECEIPT | | $16.62 |
| 2/1/2015 | Marilyn O Marshall | TRUSTEE FEE - INITIAL CONVERSION | | $16.62 |
| **1/23/2015** | **Marilyn O Marshall** | **DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS** | | **$33.23** |
| **12/19/2014** | **Marilyn O** | **DISBURSEMENT TO** | | **$33.23** |

Exhibit C

13-43846 Mark Jackson - List of Trustee administration fees

| Date | Payee | Description | | Amount |
|---|---|---|---|---|
| | Marshall | TRUSTEE - MONTHLY DISBURSEMENTS | | |
| 11/21/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $49.85 |
| 10/17/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $33.23 |
| 9/19/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $20.77 |
| 8/15/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $20.77 |
| 7/18/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $22.08 |
| 6/26/2014 | Marilyn O Marshall | REFUND FROM TRUSTEE | | ($2.41) |
| 6/20/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $38.22 |
| 5/16/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $213.19 |
| 3/21/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $4.82 |
| 2/21/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $4.82 |
| 1/17/2014 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $4.82 |
| 12/20/2013 | Marilyn O Marshall | DISBURSEMENT TO TRUSTEE - MONTHLY DISBURSEMENTS | | $4.82 |

Total Trustee administration fees paid as of 9/6/2019:  $ 2,746.33

Exhibit C