UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:  )  | BK No.: | 13-43846 |
| MARK JACKSON  ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| ) | | |
| Debtor(s)  ) | | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

Debtor's Motion to Modify is GRANTED and the Debtor's Chapter 13 Plan Base is set at $65,227.91.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  September 11, 2019

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100